**W. MORRIS TAYLOR, P.C.,**
Plaintiff/Respondent,

v.

**Fran BAIRD, Defendant/Appellant.**

No. 65774.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

N. Scott Rosenblum, Clayton, for appellant.

William Kieran Meehan, W. Morris Taylor, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Fran Baird appeals from an order denying her motion to set aside a default judgment. We affirm.

We have reviewed the briefs of the parties and the record on appeal. Although labeled a default judgment by the trial court, the judgment entered was not a default judgment. It was a judgment on the merits brought about by Appellant's failure to appear for the scheduled trial de novo following a judgment in Respondent's favor by the Associate Circuit Court. No error of law appears. An opinion reciting the detailed facts and restating the principles of law

■

**Susan THOMPSON, Plaintiff/Appellant,**

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION, and Division of Employment Security, and South County Psychiatric Services, Defendants/Respondents.**

No. 66111.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

William James O'Herin, Florissant, for appellant.

Victorine Robben Mahon, Jefferson City, David O'Danis, Clayton, for respondents.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

Appellant, Susan Thompson, appeals the denial of unemployment compensation benefits. We have reviewed the briefs of the parties and the legal file and find the findings of the Labor and Industrial Relations Commission are supported by competent and substantial evidence on the whole record. A written opinion would have no precedential value and would serve no jurisprudential purpose. We affirm the judgment pursuant to Rule 84.16(b).